

# NUMBER 13-24-00654-CV

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI – EDINBURG

## IN THE INTEREST OF M. A. H., A CHILD

## ON APPEAL FROM THE 28TH DISTRICT COURT
## OF NUECES COUNTY, TEXAS

## MEMORANDUM OPINION

**Before Chief Justice Tijerina and Justices West and Cron**
**Memorandum Opinion by Justice West**

On December 23, 2024, Arthur Hernandez filed a notice of appeal in trial court cause number 2012-FAM-1391-A. On December 27, 2024, the Clerk of the Court notified appellant the notice of appeal did not comply with the Texas Rules of Appellate Procedure 9.1, 9.5, and 25.1(d)(2), (3), (4), and (5). *See* TEX. R. APP. P. 9.1, 9.5, 25.1(d)(2)–(5). Appellant was further instructed to remit a $205.00 filing fee within ten days from the date of the notice.

On January 29, 2025, the Clerk of the Court again notified appellant of the defects in the notice of appeal. Appellant was further notified that if the defects were not corrected

within ten days, the appeal would be dismissed. *See* TEX. R. APP. P. 42.3(b), (c). Additionally, on January 29, 2025, the Clerk of the Court notified appellant of his delinquency in remitting the $205.00 filing. Appellant was notified that if the filing fee was not paid within ten days from the date of the notice, the appeal would be dismissed. *See id.*

Texas Rule of Appellate Procedure 42.3 permits an appellate court, on its own initiative after giving ten days' notice to all parties, to dismiss the appeal for want of prosecution or for failure to comply with a requirement of the appellate rules. *Id.* Accordingly, this appeal is dismissed for want of prosecution. *See* TEX. R. APP. P. 42.3(b)(c).

JON WEST
Justice

Delivered and filed on the
17th day of April, 2025.

2